# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00204-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FEDERICO RAMIREZ-VASQUEZ,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the change of plea hearing set for 9:00 a.m. on March 23, 2012, is **VACATED** and is **RESET** to **10:00 a.m.** on March 23, 2012. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 13, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.